USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                      :

SANFORD L.P. d/b/a/ DYMO, et al.,        :

                                 Plaintiffs,    :

                                               :            14-CV-7616 (VSB)
                    -v-                :
                                               :              ORDER

ESSELTE AB, et al.                            :

                                 Defendants.  :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

In connection with the preliminary injunction hearing, by February 18, 2015, the parties shall jointly submit the following:

1. A list of all witnesses, indicating whether such witnesses will testify in person, by deposition, or by affidavit, and a brief summary of the substance of each witness's testimony.

2. A designation by each party of any deposition testimony to be offered, and any counter-designations and objections by any other party.

3. A list by each party of exhibits to be offered, with an indication by exhibit number as to whether any party objects to the exhibit. The party objecting must include a brief statement that makes clear the basis for its objection and must provide any necessary supporting authority.

4. Whether opening and closing statements are needed.

5. Whether the parties wish to make any post-hearing submissions.

All exhibits must be pre-marked in advance of the hearing, and two courtesy copies of all

exhibits should be provided to the Court on the first day of the hearing.

To the extent the parties intend to utilize the courtroom's electronics or other equipment during the hearing, they should contact my Deputy Clerk Mrs. Williams by February 18, 2015. The parties are advised that in observance of the federal holiday, the Courthouse is closed on February 16, 2015.

SO ORDERED.

Dated: February 13, 2015
      New York, New York

_____
Vernon S. Broderick
United States District Judge