# EXHIBIT 4

**Esselte's Preliminary Hearing Exhibit List and DYMO's Objections**

| Exhibit Objection Key | |
|---|---|
| **Code** | **Basis for Objection** |
| 901 | The exhibit lacks authentication. |
| F | The exhibit lacks foundation pursuant to Fed. R Evid. 602, 901, 1002, 1003, 1005 and 1006. |
| NP | The exhibit was never produced or produced after the close of discovery. |
| NI | Exhibit is not sufficiently identified as to allow DYMO to object to the exhibit. |

United States District Court for the Southern District of New York
**Sanford L.P. et al. v. Esselte AB et al.**
Civil Action No. 1:14-cv-07616-VS

**Defendant's Hearing Exhibit List**

| Ex. No. | Description | Objections |
|---|---|---|
| DX001 | License Agreement between CoStar and AddressMate, January 5, 1994-ESSELTE0006019-ESSELTE0006020 (Opp. Ex. 1) | |
| DX002 | San Jose Mercury News Article, "The Envelope Please: It's AddressMate", July 19, 1992-ESSELTE0001799 (Opp. Ex. 2) | |
| DX003 | MicroTimes Article, "Envelope Addressing Finally Simplified, AddressMate Does Addressing and Much More, November 27, 1995-ESSELTE0001806- ESSELTE0001808 (Opp. Ex. 3) | |
| DX004 | Excerpts from User Manual for AddressMate and AddresMate Plus, 1995-ESSELTE0001840-ESSELTE0002050 (Opp. Ex. 4) | |
| DX005 | User Manual for Label Writer 330, March 2001 (Opp. Ex. 5) | |
| DX006 | Master Development Agreement between Esselte and Augmentive Group, Inc., November 30, 2012-ESSELTE0006048-ESSELTE0006058 (Opp. Ex. 6) | |
| DX007 | Statement of Work between Esselte and Augmentive Group, Inc., November 30, 2012-ESSELTE0006059-ESSELTE0006061 (Opp. Ex. 7) | |
| DX008 | Esselte Project Icon Marketing Requirements Document-ESSELTE0001324- ESSELTE0001340 (Opp. Ex. 8) | |
| DX009 | DYMO Media Kit (Opp. Ex. 9) | |
| DX010 | Esselte ELT Presentation, August 7, 2012 (Opp. Ex. 10) | |
| DX011 | Insight for Innovation Presentation by KenMillerGroup, May 21, 2012 (Opp. Ex. 11) | |
| DX012 | Label Printer Full Report Presentation by markt-consult, May 2012 (Opp. Ex. 12) | |
| DX013 | Label Printer Project Progress Presentation, September 2014 (Opp. Ex. 13) | |
| DX014 | Esselte Press Release, "New Leitz Icon™ Smart Labeling System Helps Business Professionals Stay Productive in a Mobile World", May 1, 2014-DYMO0001284- DYMO0001285 (Opp. Ex. 14) | |
| DX015 | Leitz Icon Sales Data 2014 (Opp. Ex. 15) | |
| DX016 | Curriculum Vitae of Christopher C. Barry, CPA, MBA, CFF (Opp. Ex. 16) | |
| DX017 | List of Documents Relied Upon for the Declaration of Christopher Barry (Opp. Ex. 17) | |
| DX018 | Comparison of Leitz Icon and DYMO Features (Opp. Ex. 18) | |
| DX019 | European Patent No. EP 0487313 ("Thom") (Opp. Ex. 19) | |
| DX020 | U.S. Patent No. 5,570,121 ("Mistyurik") (Opp. Ex. 20) | |
| DX021 | U.S. Patent No. 5,344,247 ("Sakuragi") (Opp. Ex. 21) | |
| DX022 | Excerpts from Step-by-Step Microsoft Office 2000 User Guide, Microsoft Press, 1999 (Opp. Ex. 22) | |

**United States District Court for the Southern District of New York**
**Sanford L.P. et al. v. Esselte AB et al.**
**Civil Action No. 1:14-cv-07616-VS**

**Defendant's Hearing Exhibit List**

| | | |
|---|---|---|
| DX023 | U.S. Patent No. 6,089,765 ("Mori") (Opp. Ex. 23) | |
| DX024 | Claim Charts A-F (A: '623 vs. Thom '313; B: '623 vs. Mistyurik '121; C: '113 vs. AddressMate Plus Manual; D: '113 vs. Microsoft Step-by-Step Manual; E: '791 vs. Sakuragi '247; F: '567 vs. Mori '765) (Opp. Ex. 24) | |
| DX025 | Microsoft Computer Dictionary 5th Ed. definition for "Data field", 2002 (Opp. Ex. 25) | |
| DX026 | Amendment from file history for U.S. Patent No. 6,890,113, February 4, 2004 (Opp. Ex. 26) | |
| DX027 | Amendment After Final Rejection from file history for U.S. Patent No. 6,890,113, July 6, 2004 (Opp. Ex. 27) | |
| DX028 | Amendment from file history for U.S. Patent No. 7,140,791, March 26, 2006 (Opp. Ex. 28) | |
| DX029 | Amendment from file history for U.S. Patent No. 7,990,567, December 23, 2010 (Opp. Ex. 29) | |
| DX030 | U.S. Patent No. 6,152,623 (Stevens Depo. Ex. 2) (Opp. Ex. 30) | |
| DX031 | U.S. Patent No. 6,890,113 (Nesfeder Depo. Ex. 2) (Opp. Ex. 31) | |
| DX032 | U.S. Patent No. 7,140,791 (Nesfeder Depo. Ex. 3) (Opp. Ex. 32) | |
| DX033 | U.S. Patent No. 7,990,567 (Nesfeder Depo. Ex. 4) (Opp. Ex. 33) | |
| DX034 | Declaration of John Stevens with Ex. 27, December 19, 2014 (Stevens Depo. Ex. 01) (Opp. Ex. 35) | |
| DX035 | Declaration of David Nesfeder, December 22, 2014 (Nesfeder Depo. Ex. 01) (Opp. Ex. 37) | |
| DX036 | Declaration of Angela Shelton, dated December 22, 2014 (Shelton Depo. Ex. 1) (Opp. Ex. 39) | |
| DX037 | DYMO LabelWriter 450 Product Information Sheet-DYMO0001198-DYMO0001199 (Shelton Depo. Ex. 3) (Opp. Ex. 40) | |
| DX038 | Press Release on DYMO website, "DYMO's LabelWriter Range," April 18, 2001 (Shelton Depo. Ex. 4) (Opp. Ex. 41) | 901, F (objection limited to use with witnesses who cannot establish foundation) |
| DX039 | Press Release on DYMO website, "DYMO Launches New PC/Mac Connected Product Line," May 14, 2001 (Shelton Depo. Ex. 5) (Opp. Ex. 42) | 901, F (objection limited to use with witnesses who cannot establish foundation) |
| DX040 | "The 10 Best Reasons to Buy, Connect and Use DYMO LabelWriter Label Printers!" -DYMO0001183 (Shelton Depo. Ex. 6) (Opp. Ex. 43) | |

United States District Court for the Southern District of New York
**Sanford L.P. et al. v. Esselte AB et al.**
Civil Action No. 1:14-cv-07616-VS

**Defendant's Hearing Exhibit List**

| | | |
|---|---|---|
| DX041 | DYMO LabelWriter 450 Product Information Sheet-DYMO0003520-DYMO0003521 (Shelton Depo. Ex. 8) (Opp. Ex. 44) | |
| DX042 | DYMO LabelMaker Profiling Full Report, March 30, 2009-DYMO0002239-DYMO0002397 (Shelton Depo. Ex. 9) (Opp. Ex. 45) | |
| DX043 | NPD Group Market Comparison, Nov. 2013-Oct. 2014-DYMO0001733-DYMO0001753 (Shelton Depo. Ex. 10) (Opp. Ex. 46) | |
| DX044 | Label Market Share Data, 2011-2014-DYMO0002398-DYMO0002400 (Shelton Depo. Ex. 11) (Opp. Ex. 47) | |
| DX045 | Market Tools, KANO Results-Brother Users, Comparisons of Satisfaction of Brother vs. DYMO Label Printer Users-DYMO0001625-DYMO0001627 (Shelton Depo. Ex. 12) (Opp. Ex. 48) | |
| DX046 | DYMO Marketing Strategy Presentation, July-DYMO0001705-DYMO0001728 (Shelton Depo. Ex. 13) (Opp. Ex. 49) | |
| DX047 | Email from A. Shelton re New Launch – Esselte, September 30, 2013-DYMO0003331 (Shelton Depo. Ex. 15) (Opp. Ex. 50) | |
| DX048 | Email received by A. Shelton regarding Leitz Icon, October 1, 2013-DYMO0002832- DYMO0002839 (Shelton Depo. Ex. 16) (Opp. Ex. 51) | |
| DX049 | Amazon Order Confirmation re Purchase of Leitz Icon Products, April 14, 2014-DYMO0003244-DYMO0003246 (Shelton Depo. Ex. 18) (Opp. Ex. 52) | |
| DX050 | Email from A. Shelton re Leitz Icon, May 6, 2014-DYMO0003270-DYMO0003272 (Shelton Depo. Ex. 19) (Opp. Ex. 53) | |
| DX051 | Declaration of Robert L. Kibbe, December 18, 2014 (Kibbe Depo. Ex. 1) (Opp. Ex. 55) | |
| DX052 | DYMO Business Review Presentation, July 29, 2014 (Kibbe Depo. Ex. 2) (Opp. Ex. 56) | |
| DX053 | DYMO Sales Data-DYMO0001786-DYMO0001833 (Kibbe Depo. Ex. 3) (Opp. Ex. 57) | |
| DX054 | Newell Rubermaid "Why DYMO" Presentation-DYMO0003357-DYMO0003438 (Kibbe Depo. Ex. 4) (Opp. Ex. 58) | |
| DX055 | Amazon listing for the DYMO LabelWriter 450 (Kibbe Depo. Ex. 11) (Opp. Ex. 59) | |
| DX056 | Amazon listing for the DYMO LabelWriter 450 Turbo (Kibbe Depo. Ex. 12) (Opp. Ex. 60) | |

United States District Court for the Southern District of New York
**Sanford L.P. et al. v. Esselte AB et al.**
Civil Action No. 1:14-cv-07616-VS

**Defendant's Hearing Exhibit List**

| | | |
|---|---|---|
| DX057 | Amazon listing for the Leitz Icon (Kibbe Depo. Ex. 14) (Opp. Ex. 61) | |
| DX058 | Printout from: http://leitz.com/en-US/Icon/ -DYMO0001350-DYMO0001353 (Kibbe Depo. Ex. 15) (Opp. Ex. 62) | |
| DX059 | Leitz Icon Fact Sheet-DYMO0001302-DYMO0001303 (Kibbe Depo. Ex. 16) (Opp. Ex. 63) | |
| DX060 | Printout from: http://www.brother-usa.com/Labeling_Solutions/ModelDetail/7/PT90/Overview (Opp. Ex. 64) | |
| DX061 | Printout from: http://www.brother-usa.com/Labeling_Solutions/ModelDetail/7/PTH500LI/Overview  (Opp. Ex. 65) | |
| DX062 | Printout from: http://www.brother-usa.com/Labeling_Solutions/ModelDetail/23/QL500/Overview (Opp. Ex. 66) | |
| DX063 | Printout from: http://www.brother-usa.com/Labeling_Solutions/ModelDetail/23/QL720NW/Overview (Opp. Ex. 67) | |
| DX064 | Printout from: http://www.brother.com/product/dev/label/command/index.htm (Opp. Ex. 68) | |
| DX065 | Printout from: http://www.brother-usa.com/Labeling_Solutions/ModelCompare/7/PT90_PTH500LI?tab=full#.VMT6jy5v-ac (Opp. Ex. 69) | |
| DX066 | Printout from: http://www.brother-usa.com/Label_Printer/ModelCompare/23/QL700_QL720NW?tab=full (Opp. Ex. 70) | |
| DX067 | DYMO Integrated Business Plan Presentation, June 2013-DYMO0003317- DYMO0003330 (Opp. Ex. 71) | |
| DX068 | 2005 Home Office LW400 Presentation-DYMO0002799-DYMO0002824 (Opp. Ex. 72) | |
| DX069 | Newell Rubermaid Presentation, June Strategy Review DYMO, 2013-DYMO0002225- DYMO0002238 (Opp. Ex. 73) | |
| DX070 | Esselte Financial Statements, YTD through November 2014 - ESSELTE0006041- ESSELTE0006043 (Opp. Ex. 74) | |
| DX071 | Proposed Stipulation and Order Regarding Dismissal of the Foreign Defendants, January 30, 2015 (Opp. Ex. 75) | |
| DX072 | Deposition Transcript for John Stevens, January 21, 2015 | |
| DX073 | Deposition Transcript for David Nesfeder, January 21, 2015 | |
| DX074 | Deposition Transcript for Angie Shelton, January 22, 2015 | |
| DX075 | Deposition Transcript for  Robert Kibbe, January 23, 2015 | |

United States District Court for the Southern District of New York
**Sanford L.P. et al. v. Esselte AB et al.**
Civil Action No. 1:14-cv-07616-VS

**Defendant's Hearing Exhibit List**

| | | |
|---|---|---|
| DX076 | Deposition Transcript for Philip Damiano, February 2, 2015 | |
| DX077 | Deposition Transcript for Kendyl Roman, February 3, 2015 | |
| DX078 | Deposition Transcript for David Block, February 4, 2015 | |
| DX079 | Deposition Transcript for Christopher Barry, February 5, 2015 | |
| DX080 | Deposition Transcript for Charles Curley, February 12, 2015 | |
| DX081 | Deposition Transcript for David Neal, February 16, 2015 | |
| DX082 | Declaration of David Block in Support of Esselte Corporation's Opposition to Plaintiffs' Motion for a Preliminary Injunction, January 29, 2015 | |
| DX083 | Declaration of Philip Damiano in Support of Esselte Corporation's Opposition to Plaintiffs' Motion for a Preliminary Injunction, January 30, 2015 | |
| DX084 | Declaration of Christopher C. Barry in Opposition of Sanford L.P.'s (d/b/a DYMO) and DYMO B.V.B.A.'s Motion for Preliminary Injunction, January 30, 2015 | |
| DX085 | Declaration of Kendyl A. Román in Support of Defendant Esselte Opposition to Plaintiffs' Motion for Preliminary Injunction, January 29, 2015 | |
| DX086 | Amazon page for the DYMO LabelMaker 160 Hand Held Label Maker (Kibbe Depo. Ex. 6) | |
| DX087 | Amazon listing for the DYMO LabelManager 280 Label Maker (Kibbe Depo. Ex. 7) | |
| DX088 | Amazon listing for the DYMO LabelManager 360D Label Maker (Kibbe Depo. Ex. 8) | |
| DX089 | Amazon listing for the DYMO LabelMaker Plug 'n' Play (Kibbe Depo. Ex. 9) | |
| DX090 | Amazon listing for the DYMO LabelWriter 4XL product 55 (Kibbe Depo. Ex. 10) | |
| DX091 | Amazon listing for the DYMO LabelWriter 450 Twin Turbo (Kibbe Depo. Ex. 13) | |
| DX092 | PowerPoint to A. Shelton re Leitz Icon, November 15, 2013- DYMO0002840-DYMO0002851 (Shelton Depo. Ex. 17) | |
| DX093 | AddressMate for DOS Brochure (ESSELTE0001791) | 901, F (objection limited to use with witnesses who cannot establish foundation) |
| DX094 | Leitz Icon printer with cartridges | |
| DX095 | DYMO LabelManager 160 (Stevens Depo Ex. 3) | |
| DX096 | Leitz Icon software operable on a computer | |
| DX097 | DLS8 software operable on a computer | |
| DX098 | DYMO LabelWriter 450 Turbo | |

**United States District Court for the Southern District of New York**
**Sanford L.P. et al. v. Esselte AB et al.**
**Civil Action No. 1:14-cv-07616-VS**

**Defendant's Hearing Exhibit List**

| | | |
|---|---|---|
| DX099 | AddressMate box (copy produced as ESSELTE001817) | 901, F (objection limited to use with witnesses who cannot establish foundation) |
| DX100 | AddressMate Plus box (copy produced as ESSELTE0001820) | 901, F (objection limited to use with witnesses who cannot establish foundation) |
| DX101 | AddressMate software operable on a computer | 901, F, NI, NP |
| DX102 | DYMO EL60 box | 901, F, NI, NP |
| DX103 | AddressMate User Manual | 901, F, NI, NP |
| DX104 | Agreement between AddressMate Software and CoStar Corporation dated June 1, 1994 | 901, F (objection limited to use with witnesses who cannot establish foundation) |
| DX105 | Excerpt from Random House Webster's Unabridged Dictionary (2d ed. 1998). | |
| DX106 | Excerpt from The American Heritage Dictionary (3d ed. 1997) | |
| DX107 | Excerpt from Merriam-Webster's Collegiate Dictionary (10th ed. 2000) | |